**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE ANN CICCIARELLA and TANASHA RIETDYK, *individually on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>– against –<br><br>CALIFIA FARMS, LLC,<br><br>Defendant. | Case No.: 7:19-cv-08785-CS |

**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**

Plaintiffs Michelle Ann Cicciarella and Tanasha Rietdyk ("Plaintiffs") respectfully move this Court for an Order preliminarily approving the proposed class action settlement ("Settlement"), approving the form of notice, and scheduling the final approval hearing as set forth in the Settlement Agreement[1] attached as Exhibit 1 to the Declaration of Michael R. Reese ("Reese Declaration").  Specifically, the Parties ask that the Court enter the proposed Order, thereby:

1. certifying the Settlement Class and appointing Plaintiffs as the class representatives and their counsel as Class Counsel;
2. preliminarily approving the Settlement Agreement;
3. approving the form and manner of the class action settlement notice;
4. preliminarily certifying the Settlement Class for purposes of settlement only;
5. appointing KCC, LLC as Settlement Administrator and direct it to commence the Notice Plan; and
6. scheduling a Final Approval Fairness Hearing to consider final approval of the Settlement.

In support of this Unopposed Motion, Plaintiff relies on the attached Memorandum of Law, as well as the Declaration of Michael R. Reese, and the Declaration of Carla A. Peak, and their supporting exhibits, all documents filed therewith.

---

[1] Unless otherwise indicated, capitalized terms shall have the same meaning as they do in the Settlement Agreement.

2

Respectfully submitted on this 4th day of December, 2019.

        **REESE LLP**

        By: _/s/ Michael R. Reese_ _____
          Michael R. Reese
          100 West 93rd Street, 16th Floor
          New York, New York 10025
          Telephone: (212) 643-0500
          Facsimile: (212) 253-4272
          *mreese@reesellp.com*

        **SHEEHAN & ASSOCIATES, P.C.**
        Spencer Sheehan
        505 Northern Blvd., Suite 311
        Great Neck, New York 11021
        Telephone: (516) 303-0552
        Facsimile: (516) 234-7800
        *spencer@spencersheehan.com*

        *Counsel for Plaintiffs and the Class*