**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE ANN CICCIARELLA et al., individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CALIFIA FARMS, LLC | ) ) ) ) ) |

Case No. 7:19-cv-08785-CS

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND PAYMENT OF PLAINTIFFS' ATTORNEYS
FEES AND COSTS AND PAYMENT OF NAMED PLAINTIFFS' INCENTIVE AWARDS**

**TO DEFENDANT AND ALL INTERESTED PARTIES:**

Plaintiffs[1] Michelle Ann Cicciarella ("Cicciarella"), Tanasha Rietdyk ("Rietdyk"), Daniel Mitchell ("Mitchell"), Adriana Pena ("Pena"), Kayla Villanueva ("Villanueva"), and Kristen Landeros ("Landeros") respectfully provide notice that on July 9, 2020 at 10:00 a.m. they will move before the Honorable Cathy Seibel at the United States District Court for the Eastern District Court of New York in Courtroom 621 at 300 Quarropas Street, White Plains, New York for an Order finally certifying the Settlement Class for settlement purposes only; approving the proposed class action settlement; ordering payment of Plaintiffs' Counsel's fees and costs; and payment of Incentive Awards to the Named Plaintiffs.

In support of this Motion, Plaintiffs rely on the attached Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement; Memorandum of Law in Support of Plaintiffs' Motion for Payment of Attorneys' Fees and Reimbursement of Litigation Expenses to Plaintiffs' Counsel and Payment of Incentive Awards to the Class Representatives; the Declaration of Michael R. Reese in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Spencer Sheehan in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Samuel A. Wong in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Carla A. Peak re: Notice Procedures; and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

---

[1] Unless otherwise indicated, capitalized terms shall have the meaning that the Settlement Agreement ascribes to them. *See* ECF No. 14-1. ("Settlement Agreement"). References to "§ __" are to sections in the Settlement Agreement.

Respectfully submitted on this 28th of May, 2020

                                                                    **REESE LLP**


                                                        By: *Michael R. Reese* _____
                                                            Michael R. Reese
                                                            Sue J. Nam
                                                            100 West 93rd Street, 16th Floor
                                                            New York, New York 10025
                                                            Telephone: (212) 643-0500
                                                            Facsimile:  (212) 253-4727
                                                            Email: *mreese@reesellp.com*
                                                                *snam@reesellp.com*

                                                        **SHEEHAN & ASSOCIATES, P.C.**
                                                        Spencer Sheehan
                                                        505 Northern Blvd Ste 311
                                                        Great Neck New York 11021-5101
                                                        Telephone: (516) 303-0552
                                                        Email: *spencer@spencersheehan.com*

                                                        *Court Appointed Class Counsel*

                                                        Samuel A. Wong
                                                        **AEGIS LAW FIRM, PC**
                                                        9811 Irvine Center Drive, Suite 100
                                                        Irvine, California 92618
                                                        Tel: (949) 379-6250
                                                        Fax: (949) 379-6251
                                                        Email:  *swong@aegislawfirm.com*

                                                        *Additional Plaintiffs' Counsel*